IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MARGUERITE L. DITTMAN,                    CASE NO.:  8:14-bk-02530-KRM
                                          CHAPTER 13

                Debtor.
_____/

ORDER DENYING MOTION TO ALLOW LATE FILED CLAIM
TO BE TREATED AS TIMELY FILED [D.E.21]

        This case came before the Court, on December 3, 2014, upon the Motion to Allow Late

Filed Claim as to be Treated as Timely Filed [D.E. 21], filed by Creditor, Green Tree Servicing

LLC, (MOVANT).  For reasons stated orally on the record in open Court that shall constitute the

decision of the court, it is ORDERED:

        1.      The Motion to Allow Late Filed Claim as to be Treated as Timely Filed is DENIED.

        2.      Proof of Claim 8 is disallowed.

        3.      Creditor is already afforded in rem relief by virtue of the "pay direct' provision in

of the Debtor's Plan.

        DATED _____December 12, 2014_____, at Tampa, Florida.


                                          _____
                                          K. Rodney May
                                          United States Bankruptcy Judge


Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a
proof of service within 3 days of entry of the order.

Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.