IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MARGUERITE L. DITTMAN,                   CASE NO.: 8:14-bk-02530-KRM
                                                                           CHAPTER 13

      Debtor.
_____/

## ORDER GRANTING MOTION TO CONFIRM ABSENCE OF STAY

This case is before the Court upon the Ex-Parte Motion to Confirm Absence of Stay [D.E. 35] filed by Creditor, Green Tree Servicing LLC, hereinafter referred to as "Movant". This Court having reviewed the Motion and being fully advised in its premise, it is:

ORDERED:

1.     The Ex-Parte Motion to Confirm Absence of Stay is GRANTED.

2.     The automatic stay imposed by 11 U.S.C. §362 is not in effect as to Movant, and it may proceed with foreclosure of its security interest upon the following property:

**Real property at 325 Sandy River Rd., Fayette, ME 04349, and more accurately described by its legal description which is:**

A PARCEL OF LAND LOCATED IN THE TOWN OF FAYETTE, COUNTY OF KENNEBEC, STATE OF MAINE WITH A STREET LOCATION ADDRESS OF 325 SANDY RIVER ROAD, KENTS HILL, ME, 04349 CURRENTLY OWNED BY PETER C. DITTMANN AND MARGUERITE L. DITTMANN AND MORE FULLY DESCRIBED IN THE VESTING DOCUMENT DATED N/A, RECORDED ON 11/20/01, IN LIBER 6703 PAGE 275 AND DESIGNATED AS METES AND BOUNDS PROPERTY.

3. The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the debtor.

DATED _____April 09, 2015_____, at Tampa, Florida.

_____
K. Rodney May
United States Bankruptcy Judge

Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.
ess@padgettlaw.net