IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MARGUERITE L. DITTMAN,  　　　　　　　CASE NO.:  8:14-bk-02530-KRM

　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　Debtor.
_____/

ORDER GRANTING MOTION FOR RELIEF FROM CO-DEBTOR AUTOMATIC STAY

　　This case is before the Court upon the Motion for Relief from Co-Debtor Automatic Stay filed by Creditor (D.E. 36), Green Tree Servicing LLC, hereinafter referred to as "Movant". No appropriate response having been filed in accordance with Local Rule 2002-4, it is:

　　ORDERED:

　　1.　　The Motion for Relief from Co-Debtor Automatic Stay is granted, as to the Co-Debtor, Peter C. Dittman.

　　2.　　The automatic stay imposed by 11 U.S.C. §1301 is lifted as to Movant, and it may proceed with foreclosure of its security interest upon the following property:

REAL PROPERTY AT 325 SANDY RIVER RD., FAYETTE, ME  04349, AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:

A PARCEL OF LAND LOCATED IN THE TOWN OF FAYETTE, COUNTY OF KENNEBEC, STATE OF MAINE WITH A STREET LOCATION ADDRESS OF 325 SANDY RIVER ROAD, KENTS HILL, ME, 04349 CURRENTLY OWNED BY PETER C. DITTMANN AND MARGUERITE L. DITTMANN AND MORE FULLY DESCRIBED IN THE VESTING DOCUMENT DATED N/A, RECORDED ON 11/20/01, IN LIBER 6703 PAGE 275 AND DESIGNATED AS METES AND BOUNDS PROPERTY.

3. The order granting relief from co-debtor stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the co-debtor.

4. The Movant made sufficient allegations and a request in the Motion for Co-Debtor Relief from Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

DATED _____ April 24, 2015  _____, at Tampa, Florida.

_____
K. Rodney May
United States Bankruptcy Judge

Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.